**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
1530 PAGE MILL ROAD
PALO ALTO, CA 94304-1125
TELEPHONE: 650.856.3700
FACSIMILE: 650.856.3710

ALLEN A. ARNTSEN. WIS. BAR NO. 1015038 (ADMITTED PRO HAC VICE)
NANCY J. GEENEN, BAR NO. 135968
KIMBERLY K. DODD, BAR NO. 235109
HANNAH L. RENFRO-SARGENT. BAR NO. 1038324 (ADMITTED PRO HAC VICE)

ATTORNEYS FOR DEFENDANTS, GILSON, INC., AND GILSON S.A.S.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAININ INSTRUMENT, LLC, | Case No. 3:05-CV-04030-JSW |
| Plaintiff, | [~~AMENDED PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS ~~1,~~ 5, AND 6 OF THE AFFIDAVIT OF TERESA TIMKEN IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE TO WESTERN DISTRICT OF WISCONSIN |
| v. | |
| GILSON, INC. and GILSON S.A.S., | |
| Defendants. | |
| | Hearing Date: March 17, 2006<br>Time: 9:00 a.m.<br>Courtroom 2 |
| GILSON, INC., and GILSON S.A.S., | |
| Counterclaimants, | The Honorable Jeffrey S. White |
| v. | |
| RAININ INSTRUMENT, LLC, | |
| Counterclaim-Defendant. | |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Gilson, Inc. and Gilson S.A.S. have moved the Court to issue an Administrative Order that authorizes the sealing of the

[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS ~~1,~~ 5, AND 6 OF THE AFFIDAVIT OF TERESA TIMKEN IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE TO WESTERN DISTRICT OF WISCONSIN
CASE NO. 3:05-CV-04030-JSW

1  confidential documents contained in the Affidavit of Teresa Timken in Support of Defendants'
2  Motion to Transfer Venue to Western District of Wisconsin. After considering the papers and
3  arguments submitted in support of Defendants' motion, and finding good cause therefore,
4      **IT IS HEREBY ORDERED** that Defendants' administrative motion is **GRANTED** and
5  the following documents and portions of documents contained in Defendants' Affidavit of
6  Teresa Timken in Support of Defendants' Motion to Transfer Venue to Western District of
7  Wisconsin shall be filed under seal:
8      1.    Exhibit 5, and
9      2.    Exhibit 6.
10 Dated: February 14, 2006

_____
Honorable Jeffrey S. White

2

[~~AMENDED PROPOSED~~] ORDER GRANTING
DEFENDANTS' ADMINISTRATIVE MOTION TO
FILE UNDER SEAL EXHIBITS ~~1~~, 5, AND 6 OF THE
AFFIDAVIT OF TERESA TIMKEN IN SUPPORT OF
DEFENDANTS' MOTION TO TRANSFER
VENUE TO WESTERN DISTRICT OF WISCONSIN
CASE NO. 3:05-CV-04030-JSW

MADI_618546