1  Edward V. Anderson (SBN 83148)
   Email: evanderson@sidley.com
2  Matthew L. McCarthy (SBN 217871)
   Email: mlmccarthy@sidley.com
3  Serena S. Alvarez (SBN 223708)
   Email: ssalvarez@sidley.com
4  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
5  San Francisco, California 94104-1715
   Tel: (415) 772-1200
6  Fax: (415) 772-7400

7  Attorneys for Plaintiff and Counterclaim-Defendant
   RAININ INSTRUMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAININ INSTRUMENT, LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GILSON, INC., and GILSON S.A.S.,<br><br>　　　　　Defendants.<br>_____<br>GILSON, INC., and GILSON S.A.S.,<br><br>　　　　　Counterclaimants,<br><br>　　vs.<br><br>RAININ INSTRUMENT, LLC,<br><br>　　　　　Counterclaim-Defendant.<br>_____ | Case No. 3:05-CV-04030-JSW<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1

**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION
TO FILE UNDER SEAL – CASE NO. 3:05-CV-04030-JSW**

Having considered the motion and declaration submitted by plaintiff and counter-claim defendant Rainin Instrument, LLC ("Rainin") pursuant to Civil L.R. 79-5, the Court finds the administrative motion for sealing well founded and therefore IT IS ORDERED that the following materials shall remain under seal:

1. The Declaration of James Petrek In Support of Rainin Instrument LLC's Opposition to Defendants' Motion to Transfer Venue to Western District of Wisconsin;

2. Paragraphs 6 and 7 of the Declaration of Kenneth Rainin In Support of Rainin Instrument LLC's Opposition to Defendants' Motion to Transfer Venue to Western District of Wisconsin;

3. Paragraph 14 of the Declaration of Henri Chahine In Support of Rainin Instrument LLC's Opposition to Defendants' Motion to Transfer Venue to Western District of Wisconsin;

4. Specified portions of Rainin's Opposition To Defendants' Motion to Transfer Venue, including: page 10, lines 6, 7 and 25-28; and page 15, line 18 through page 18, line 7.

IT IS SO ORDERED.

DATED: ___February 27_____, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE